USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA *ex rel.* MARK SPENCER-SMITH,

        Plaintiff,

v.

VERIZON COMMUNICATIONS, INC.,

        Defendant.

16 Civ. 0860 (LGS)

---

## ORDER

WHEREAS, on or about January 5, 2018, the United States of America (the "Government") submitted to the Court (i) a Notice of Election to Decline Intervention ("Notice of Declination") in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and (ii) a proposed Order unsealing this action, but maintaining the seal with respect to all prior contents of the Court's file in this action (including the Government's *ex parte* status reports to the Court), except for the Complaint, the Order unsealing this action, and the Notice of Declination;

WHEREAS, the Government asserts that the *ex parte* status reports it submitted to the Court concerning its investigation are protected by, *inter alia*, the law enforcement privilege and work product doctrine;

WHEREAS, prior to the Court entering the Government's proposed Order or otherwise unsealing the case, the relator moved to (i) voluntarily dismiss this action without prejudice, and (ii) maintain the entire seal in this action permanently or, in the alternative, for a period of five years; and

WHEREAS, on October 18, 2018, this Court entered an Order dismissing this action and unsealing the case;

IT IS HEREBY ORDERED THAT:

1. All documents on the docket in this action shall be unsealed except for any *ex parte* status reports submitted to the Court by the Government.

2. The Clerk of the Court is hereby directed to maintain the seal as to all *ex parte* status reports submitted by the Government to the Court, but otherwise unseal this case in its entirety.

Dated: November 27, 2018
New York, New York

SO ORDERED:

HON. LORNA G. SCHOFIELD
United States District Judge